**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5803-17T3

RAFIAEL CUILLAR-HERRERA,

     Plaintiff,

v.

DEAN RINGHOLD and MARK
IV TRANSPORTATION AND
LOGISTICS, INC.,

     Defendants-Appellants,

and

FIVE BELOW, INC.,

     Defendant-Respondent.

_____

          Submitted July 9, 2019 – Decided July 16, 2019

          Before Judges Nugent and Accurso.

          On appeal from the Superior Court of New Jersey, Law Division, Camden County, Docket No. L-1887-16.

          White and Williams LLP, attorneys for appellants (Paul Piantino, III and Marc L. Penchansky, on the briefs).

Reilly McDevitt & Henrich, PC, attorneys for respondent (Michael Jay Jubanyik and Adrianna Exler Astringer, on the brief).

PER CURIAM

The parties to this appeal having reported they have settled their dispute, this appeal is dismissed, with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5803-17T3